SAMUEL A. COON agt. LINNARUS P. NOBLE.

Where defendant is served with a declaration in this court, and the notice to
plead indorsed on it requires him to plead in *ten* days, &c.; and his default is
not entered until more than *twenty* days have expired from the time of service;
it is an irregularity which will on motion set aside the default and all subse-
quent proceedings with costs.

*February Term*, 1846.

MOTION by defendant to set aside default, judgment and
subsequent proceedings, for irregularity.

In this case copy narr in this court was served on defend-
ant, with a notice indorsed on the back by plaintiff's attorney,
requiring defendant to plead thereto in *ten* days, &c.; service

Sandland agt. Adams.

made on defendant on the 27th December last.   Defendant swore to merits, and that he did not have time to consult his counsel and make his defence in ten days after the service of the declaration.   Plaintiff's attorney showed that defendant's default was not entered until the 19th Jan., 1846, more than *twenty* days after the service of the declaration ; that through inadvertence, and having, at the time, declarations in the Albany mayor's court, which requires defendants to plead in ten days by the *rules, he drew the notice to plead on the back of this declaration, and stated the time to plead at *ten* days instead of twenty.

[*98]

H. HARRIS, *defendant's counsel and attorney.*
J. KOON, *plaintiff's counsel and attorney.*

BRONSON, Chief Justice.   Held : that such an irregularity must take the usual course, and granted the motion with costs.